IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 05-cr-00346-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRED GOLDTOOTH,

    Defendant.

_____

NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING
_____

    The defendant, Fred Goldtooth, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

    Respectfully submitted,

    RAYMOND P. MOORE
    Federal Public Defender

    s/ Robert W. Pepin
    Robert W. Pepin
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Robert_Pepin@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on April 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

linda.mcmahan@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Fred Goldtooth
Reg. No. 21153-051
c/o FCI
9595 W. Quincy Ave.
Littleton, CO 80123

                              s/ Robert W. Pepin
                              Robert W. Pepin
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Robert_Pepin@fd.org
                              Attorney for Defendant