IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00346-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.      STEVEN RYAN DOCK,

        Defendant.

---

**DEFENDANT STEVEN RYAN DOCK'S SENTENCING STATEMENT**

---

        The Defendant, Steven Ryan Dock, by and through his attorney, Scott Poland of Poland and Wheeler, P.C., submits the following sentencing statement:

        1.      The Defendant, with counsel, has reviewed and considered the Pre-Sentence Investigation Report ("PSIR") prepared in this case.  The Defendant has not filed an objection believing that the Federal Sentencing Guidelines have been properly applied in this case.  In addition, the Defendant believes that Criminal History Category 3 is proper given his criminal history.  Considering the sentencing factors set forth in 18 U.S.C. § 3553(a), the Defendant believes that the recommended sentence of 12 to 18 months consecutive to the sentence he is currently serving is appropriate and would ask the Court to enter a sentence within that range.

        Respectfully submitted this 25th day of August,  2006.

POLAND AND WHEELER PC

 s/ Scott Poland
Scott Poland
POLAND AND WHEELER, P.C.
215 South Wadsworth Boulevard, Suite 500
Lakewood, Colorado 80226-1566
Telephone:  303-969-8300
Fax:   303-986-4857
E-Mail: scottpoland@qwest.net

ATTORNEY FOR DEFENDANT
STEVEN RYAN DOCK

### CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, I electronically filed the foregoing Defendant Steven Ryan Dock's Sentencing Statement with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to the following e-mail addresses:

Linda A. McMahan, Esq.
linda.mcmahan@usdoj.gov
donna.summers@usdoj.gov
USACO.EDFCriminal@usdoj.gov

Robert W. Pepin, Esq.
Robert_Pepin@fd.org

Pamela Robillard Mackey, Esq.
pmackey@hmflaw.com

 s/ LuAnn Weisman
LuAnn Weisman, Legal Secretary
Poland and Wheeler, P.C.
215 South Wadsworth Blvd., #500
Lakewood, Colorado 80226
Telephone: (303) 969-8300
Fax: (303) 986-4857
E-Mail: luannweisman@qwest.net

-2-