# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation of Supervised Release**) |
|---|---|
| v. | Case Number: 05-cr-00346-WJM-03 |
| | USM Number: 21153-051 |
| FRED GOLDTOOTH | Robert William Pepin (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of Law | 10/16/2015 |
| 2 | Association with a Person Convicted of a Felony | 10/17/2015 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 27, 2016
Date of Imposition of Judgment

Signature of Judge

William J. Martinez, U.S. District Judge
Name & Title of Judge

3 June 2016
Date

DEFENDANT: FRED GOLDTOOTH
CASE NUMBER: 05-cr-00346-WJM-03

Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months, to run concurrently with sentence the imposed in 01-cr-00397-WJM-01. No supervision to follow term of imprisonment.

ORDER as to Fred Goldtooth: This matter comes before the Court regarding the sentencing of the Defendant held earlier today at his Final Violation of Supervised Release Hearing. The Court wishes to clarify its statements on the record at said hearing regarding the reasons for its decision to impose a custodial sentence of 18 months on the Defendant in Case No. 01-cr-397. These reasons, as stated on the record by the undersigned, are also the reasons upon which the Court based its decision to impose its sentence consecutive to the sentence imposed by the District Court of El Paso County, Colorado, as well as for its decision not to give credit for time already served by the Defendant in serving the state court's sentence. The Probation Officer is DIRECTED to include the statements set forth in this Order in the Court's Judgment. SO ORDERED by Judge William J. Martinez on 05/27/2016. Text Only Entry (wjmsec, ) (Entered: 05/27/2016).

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

       Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal